# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **REGIONS BANK, as Revolving Credit Lender and as Administrative Agent and Collateral Agent for REGIONS COMMERCIAL EQUIPMENT FINANCE, LLC, as Term Lender,** | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| **M/V MAXX B**, *in rem*, **M/V MISS ALLISON**, *in rem*, and **M/V MISS LILLIE** *in rem*, | ) ) ) ) |
| Defendants. | ) ) |

CASE NO.: 1:22-cv-00365-KD-MU

IN ADMIRALTY

## DECREE ORDERING SALE OF VESSELS

The Marshal having returned on the process issued in the above-styled cause that he has, on September 16, 2022, attached the vessels M/V MAXX B, Official Number 641456, her engines, freight, tackle, appurtenances, apparel, etc., M/V MISS ALLISON, Official Number 650648, her engines, freight, tackle, appurtenances, apparel, etc., and M/V MISS LILLIE, Official Number 646010, her engines, freight, tackle, appurtenances, apparel, etc. (the "Vessels"), and the Plaintiff having filed proof by affidavit (Doc. 23-3) of publication of notice of arrest in the *Mobile Register* on September 30, October 7, and October 14, 2022, to all persons claiming the same that this Court would proceed to the trial and condemnation of said Vessels in case of their failure to appear and interpose their claim in the above-styled cause, and the Plaintiff having filed proof of service of actual notice of the arrest and action against the Vessels

on the owner and all persons that recorded an unexpired notice of a claim of an undischarged lien pursuant to 46 U.S.C. § 31325(d)(1)(A)-(C), and the owner or owners of the Vessels having failed to seek the Vessels' release, and the Intervenors having no objection to the interlocutory sale of the Vessels, and it appearing that said Vessels are subject to deterioration, decay or injury by being further detained in custody pending this action and that the expense of keeping said Vessels is expensive and disproportionate;

It is now, on motion of the Plaintiff, Regions Bank, as Revolving Credit Lender and as Administrative Agent and Collateral Agent for Regions Commercial Equipment Finance, LLC, as Term Lender ("Plaintiff"), **ORDERED:**

1. That said Vessels, M/V MAXX B, Official Number 641456, her engines, freight, tackle, appurtenances, apparel, etc., M/V MISS ALLISON, Official Number 650648, her engines, freight, tackle, appurtenances, apparel, etc., and M/V MISS LILLIE, Official Number 646010, her engines, freight, tackle, appurtenances, apparel, etc., be condemned and sold free from all mortgages, liens and other encumbrances to answer the prayers of the Complaint herein;

2. That the said Vessels are presently in the custody of National Maritime Services, a Substitute Custodian appointed by the Court;

3. That *venditioni exponas* issue accordingly, and that the sale take place in front of the entrance to the United States District Courthouse, 155 St. Joseph Street, in the city and county of Mobile, State of Alabama, on the 19th day of April, 2023, at 12:00 noon, local time, after advertising notices of the sale are published three (3) times per week for two (2) consecutive weeks in the *Mobile Register,* a newspaper published in the territorial jurisdiction of this Court, and that said notice include a provision that prospective bidders may, on application

to National Maritime Services, at such time and in such manner as a representative may direct, board the said Vessels for the purpose of inspection thereof;

4.  The Plaintiff is authorized by this Court to effect such other advertising covering a more extensive area as can be reasonably secured by reasonable costs, and that the extensive advertisement will be taxed as costs herein;

5.  That the U.S. Marshal conducting the above-described sale shall follow the following terms of sale. Each vessel will be auctioned individually and sold AS IS, WHERE IS, WITH ALL FAULTS. The terms set forth below will apply to each sale individually:

   a.  all bidders must pre-qualify to bid for each individual auction by registering with the U.S. Marshal conducting the sale, providing the bidder's name, company (if applicable), physical address, email address, telephone number, and display cash or a cashier's check from an acceptable banking institution made payable to the U.S. Marshal in the amount of $100,000 for each vessel on which the bidder intends to bid;

   b.  the successful bidder at each individual sale shall, immediately upon conclusion of such sale, deposit with the U.S. Marshal $100,000 in cash or a cashier's check from an acceptable banking institution;

   c.  the successful bidder in each sale shall deposit with the U.S. Marshal the balance of the bid price in cash, wire transfer, or cashier's check from an acceptable banking institution within ten (10) days subsequent to confirmation of the sale of said vessel or vessels;

   d.  failure to pay the remaining balance within ten (10) days of the confirmation of the sale will void that sale and result in the forfeiture of the bidder's deposit to the Plaintiff;

e. upon the voiding of the sale, at the Plaintiff's option, the Marshal will either accept the next highest bid or recall the sale on <u>April 19th</u>, 2023;

f. the successful bidder in each sale shall remove the purchased vessel from its current location within five (5) days from the closing of the sale;

g. if the Plaintiff is the successful bidder at the sale, the Plaintiff's successful bid amount shall be credited against the amount due Plaintiff, plus all costs, advances, and fees, with interest accrued between entry of the Judgment and confirmation of sale. The provisions of Paragraph 6.f. above shall not apply to the Plaintiff.

DONE and ORDERED this the **22nd** day of **March**, 2023

/s/ Kristi K. DuBose
_____
**KRISTI K. DuBOSE**
UNITED STATES DISTRICT JUDGE